UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X  JUDGE LYNCH
TURKON KONTEYNER TASIMACILIK VE
DENIZCILIK A.S.,

                             Plaintiff,    07 CIV 7139

      -against-                        RULE 7.1 STATEMENT

NEW YORK CONTAINER TERMINAL, INC.,

                             Defendant.
------------------------------------------X



RECEIVED AUG 10 2007 U.S.D.C. S.D.N.Y. CASHIERS

      Attorney of record, EDWARD A. KEANE, of the firm of MAHONEY AND KEANE, LLP, attorneys of record for Plaintiff, TURKON KONTEYNER TASIMACILIK VE DENIZCILIK A.S. (TURKON), certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of TURKON.

Dated:   New York, New York
          August 10, 2007

                                          EDWARD A. KEANE (EK 1398)

                                          Mahoney & Keane, LLP
                                          111 Broadway, Tenth Floor
                                          New York, New York 10006
                                          (212) 385-1422