AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUMMONS AND COMPLAINT** |
| EFFECTED (1) BY ME: | **KELVI FRIAS** |
| TITLE: | **PROCESS SERVER**   DATE: **08/16/2007  04:36PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

NY CONTAINER TERMINAL INC.

Place where served:

300 WESTERN AVE   STATEN ISLAND NY 10307

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

ATIF

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: M   AGE: 36-50   HEIGHT: OVER 6'   WEIGHT: OVER 200 LBS.   SKIN: BLACK   HAIR: BLACK   OTHER: GOATEE

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___    SERVICES $ _____.___    TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 08 / 16 / 20 07

_____ L.S.
SIGNATURE OF KELVI FRIAS
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

08/16/07
J. Sully

JANIRA SANTIAGO VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2012

| | |
|---|---|
| ATTORNEY: | JORGE A. RODRIGUEZ, ESQ. |
| PLAINTIFF: | TURKON KONTENER, ET AL |
| DEFENDANT: | NY CONTAINER TERMINAL INC |
| VENUE: | DISTRICT NY |
| DOCKET: | 07 CV 7139 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.