UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**TURKON KONTEYNER TASIMACILIK VE DENIZCILIK A.S.,**

  **Plaintiff,**

 -against-

**NEW YORK CONTAINER TERMINAL, INC.**

  **Defendant.**

Case No. 07 CV 7139

STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

---

 Defendant, New York Container Terminal, Inc., hereby submits it corporate disclosure statement pursuant to Fed.R. Civ. P. 7.1, as follows:

 New York Container Terminal, Inc. is a New York corporation having its principal place of business at 300 Western Avenue, Staten Island, New York 11303. No publically held corporation owns 10 percent of more of its stock.

        MARSHALL, DENNEHEY, WARNER
         COLEMAN & GOGGIN

       By: /s/ JOHN R. GERAGHTY

Dated: Roseland, New Jersey
   October 16, 2007

1

# CERTIFICATION OF SERVICE

 I hereby certify that on October 16, 2007, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following listed party:

    Edward A. Keane, Esq.
    Mahoney & Keane LLP
    111 Broadway, Tenth Floor
    New York, New York 10006

 I declare under penalty of perjury that the foregoing is true and correct. Executed on October 16, 2007

          __/s/_____
          JOHN R. GERAGHTY – JG2936

11/628830.v1