UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TURKON KONTEYNER TASIMACILIK
VE DENICILIK A.S.,

          Plaintiff,

-against-

NEW YORK CONTAINER TERMINAL, INC.,

          Defendant.

------------------------------------------------------------x

07 Civ. 7139 (GEL)

**ORDER**

*USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 6/4/08*

GERARD E. LYNCH, District Judge:

      Plaintiff has submitted a letter to the Court requesting, with defendant's consent, an extension for completing discovery, and an adjournment of the post-discovery conference. Accordingly, it is hereby ORDERED that:

    1. Discovery shall be completed by August 7, 2008;

    2. The parties shall appear before the Court for a post-discovery conference on August 8, 2008, at 10:30 a.m.

      Requests for further extensions will be disfavored.

SO ORDERED.

Dated: New York, New York
       June 3, 2008

                                              GERARD E. LYNCH
                                            United States District Judge