UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TURKON KONTEYNER TASIMACILIK
VE DENICILIK A.S.,

         Plaintiff,

-against-

NEW YORK CONTAINER TERMINAL, INC.,

         Defendant.

------------------------------------------------------------x

07 Civ. 7139 (GEL)

**ORDER**



GERARD E. LYNCH, District Judge:

    Plaintiff has submitted a letter to the Court requesting, with defendant's consent, an extension for completing discovery. Although the Court has indicated that extensions for discovery would be disfavored, because the additional time sought is only ten days, and because it is sought for a specific purpose, it is hereby ORDERED that:

    1. Discovery shall be completed by August 21, 2008;

    2. The post-discovery conference scheduled for August 8, 2008, at 10:30 a.m., is adjourned *sine die* while the parties' dispute is referred to a magistrate for settlement purposes.

    Requests for further extensions will be disfavored.

SO ORDERED.

Dated: New York, New York
       August 6, 2008

                                                GERARD E. LYNCH
                                                United States District Judge